**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**LIONEL AND TAMMY ALFORD, AS**
**CO-TRUSTEES OF THE LIONEL D.**
**ALFORD, JR. AND TAMMY NIX**
**ALFORD REVOCABLE TRUST,**

      **Plaintiffs,**

**v.**                                  **CASE NO. 3:16cv362-MCR-CJK**

**WALTON COUNTY, A POLITICAL**
**SUBDIVISION OF THE STATE OF**
**FLORIDA,**

      **Defendant.**
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 4, 2018.  ECF No. 101.  The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, the court hereby ORDERS and ADJUDGES as follows:

1. Plaintiffs' Motion for Award of Attorney's Fees and Untaxed Costs, ECF No. 77, is GRANTED.

2. Plaintiffs shall have thirty (30) days from the date of this order in which to submit materials in support of their attorney's fee request, pursuant to Local Rule 54.1, as well as any additional materials in support of their request for costs.

3. Defendant shall have thirty (30) days thereafter in which to respond.

4. Following submission of the Rule 54.1 and any additional cost materials, the parties shall confer in a good-faith effort to resolve the dispute and file a notice of whether they reached an agreement within fourteen (14) days after submission of Defendant's response.

**DONE and ORDERED** this 9th day of October 2018.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:16cv362-MCR-CJK